United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kimberly A Williams  
    Debtor

Case No. 18-15323-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Mar 27, 2019  
                     Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.  
db         +Kimberly A Williams,   13 Robin Hood Drive,   Levittown, PA 19054-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:  
        GEORGE R. TADROSS   on behalf of Debtor Kimberly A Williams gtadross@tadrosslaw.com, r55386@notify.bestcase.com;robin@tadrosslaw.com  
        JEROME B. BLANK   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL. paeb@fedphe.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   HSBC Bank USA, National Association As Trustee For Nomura Home Equity Loan Trust, Series 2006-WF1 Asset Backed Pass-Through Certificates bkgroup@kmllawgroup.com  
        SCOTT WATERMAN   ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL. paeb@fedphe.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                            TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kimberly A Williams
      Debtor(s)                                                            Chapter: 13

                                                                              Bankruptcy No: 18−15323−jkf
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 27th day of March 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                           Jean K. FitzSimon
                                                           Judge ,
                                                           United States Bankruptcy Court