# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kimberly A Williams

Debtor.              :

Case No.: 18-15323

Chapter 13

:
:
:
:
:

## <u>NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE</u>

Kimberly A Williams, through her attorney George R. Tadross, has filed a Motion to Reinstate the Automatic Stay.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

      1.     If you do not want the Court to grant relief sough in the motion or if you want the Court to consider your views on the motion, then on or before May 16, 2019 you or your attorney must do all of the following:

    (a) File an answer explaining your position at:

        Clerk's Office, US Bankruptcy Court
        The Robert Nix Building
        900 Market Street
        Philadelphia,PA 1910

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's attorney:

        Tadross Law
        George R Tadross, Esquire

128 Chestnut Street, Suite 201
Philadelphia, Pa 19106

2.      If you or your attorney do no take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter as Order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Jean K FitzSimon, United States Bankruptcy Judge, on May 29, 2019 at 9:30 am., in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pa 19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: May 2, 2019

**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    Case No.: 18-15323
Kimberly A Williams                              :        **Chapter 13**
                                                 :
                                                 :
                        Debtor.                  :
                                                 :
                                                 :
                                                 :

**CERTIFICATION OF DEBTOR(S)**

Kimberly A Williams, Debtor in the instant case, submit this Certification in support of the Motion to Reinstate the Automatic Stay as follows:

1. I am fully familiar with the facts set forth below.

2. I filed for bankruptcy on 8/10/18.

3. On January 7, 2019 the automatic stay was vacated because I fell behind in my regular mortgage payment.

4. I request that the stay be reinstated because I am caught up and paying my mortgage payment every month.

5. As of the date of this motion, payments to Wells Fargo are as follows:
       9/10/2018 $2581.62
       11/4/2018 $2581.62
       1/4/2019   $7744.86
       3/7/2019   $2600 (was returned by SLS)
       April's payment not sent as they returned March's.

6. As of the date of this motion, payments to the Trustee are as follows:

        10/9/2018  $1,000.00
        1/8/2019    $4002.00
        1/31/2019  $2002.00
        2/25/2019  $1002.00
        3/29/2019  $2052.00
        4/30/2019   $2100 .00

7.  The Chapter 13 plan was confirmed on March 27, 2019 with no objections.

I certify under penalty of perjury that the above is true.

Date: _5/2/2019_____          _/s/Kimberly A Williams_____
                                      Signature of the Debtor

**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                      Case No.: 18-15323
Kimberly A Williams                           :            Chapter 13
                                              :
                                              :
                   Debtor.                    :
                                              :
                                              :
                                              :

**ORDER**

And now, this _____ day of _____, 2019, upon the Motion of

Kimberly A. Williams (Movant) it is:

ORDERED that HSBC BANK USA, NATIONAL ASSOCIATION AS

TRUSTEE FOR NOMURA HOME EQUITY LOAN TRUST, SERIES 2006-WFI

ASSET BACKED PASS THROUGH CERTIFICATES (Respondents) shall immediately

accept the post-petition payments as the automatic stay has been reinstated

DATED:                                      _____

                                            UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which sent notification of such filing to the

following:, Scott Waterman ECFMail@ReadingCh13.com and United States Trustee at

USTPRegion03.HA.ECF@usdoj.gov.



DATED:  May 2, 2019                    /s/ George R Tadross_____

                                       George R Tadross, Esquire
                                       128 Chestnut Street, Suite 204
                                       Philadelphia, PA 19106
                                       215-500-5000 (phone)
                                       267-885-2377 (fax)
                                       Attorney for Debtor