# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Kimberly A Williams

        Debtor.

Case No.: 18-15323
Chapter 13

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Kimberly A Williams, through her attorney George R. Tadross, has filed a Motion for Debtor to Withdrawal.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant relief sough in the motion or if you want the Court to consider your views on the motion, then on or before October 22, 2019 you or your attorney must do all of the following:

    (a) File an answer explaining your position at:

        Clerk's Office, US Bankruptcy Court
        The Robert Nix Building
        900 Market Street
        Philadelphia,PA 1910

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's attorney:

        Tadross Law
        George R Tadross, Esquire

        128 Chestnut Street, Suite 201
        Philadelphia, Pa 19106

       2.      If you or your attorney do no take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter as Order granting the relief requested in the motion.

       3.      A hearing on the motion is scheduled to be held before the Honorable Jean K FitzSimon, United States Bankruptcy Judge, on November 13, 2019 at 9:30 am., in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pa 19107.

       4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).

       5.      You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: October 22, 2019