# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             Case No.: 18-15323
Kimberly A Williams                      :         Chapter 13
                                         :
                    Debtor.              :
                                         :
                                         :
                                         :

## MOTION TO WITHDRAWAL DEBTOR

To the Honorable Jean K FitzSimon, Bankruptcy Judge:

      Petitioner,  Kimberly A Williams, through her attorney, George R. Tadross, Esq.,

respectfully represents:

      (1)     Petitioner is Kimberly A. Williams, an adult individual residing at 13 Robinhood

Drive, Levittown, PA 19054 who filed a Chapter 13 Bankruptcy to save her home from

Foreclosure.

      (2)     Respondent is Wells Fargo Bank, NA, a mortgage corporation with  headquarters

at 3476 Stateview Blvd, Fort Mill, SC 29715.

      (3)     Petitioner filed a voluntary Chapter 13 Bankruptcy petition pursuant to section

301 of Title 11, United States Code, on August 10, 2018.

      (4)     Subsequent to the filing, Petitioner was offered a trial loan modification from SLS

(Specialized Loan Servicing).

(5)    The Petitioner has completed the trial loan modification and has signed the permanent loan modification agreement with SLS (Specialized Loan Servicing).

WHEREFORE, Petitioner respectfully requests that this Honorable Court allow her to withdraw from the Chapter 13 Bankruptcy.


Dated: October 7, 2019

/s/George R Tadross
George R Tadross, Esquire
128 Chestnut Street, Suite 204
Philadelphia, PA 19106
215-500-5000 (phone)
267-885-2377 (fax)
Attorney for Debtor

# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :          Case No.: 18-15323
Kimberly A Williams                             :          **Chapter 13**
                                                :
                    Debtor.                     :
                                                :
                                                :

## **ORDER**

And now, this _____ day of _____, 2019, upon the Motion for

Debtor to Withdrawal, of Kimberly A. Williams (Movant) it is ORDERED that:

1. The debtor Kimberly A Williams has been withdrawn.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served
with  the Motion, and any parties who objected or responded to the motion.

DATED:                                     _____

                                           UNITED STATES BANKRUPTCY JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:, Scott Waterman ECFMail@ReadingCh13.com and United States Trustee at USTPRegion03.HA.ECF@usdoj.gov.


DATED:  October 8, 2019                    /s/ George R Tadross_____

                                                       George R Tadross, Esquire
                                                       128 Chestnut Street, Suite 204
                                                       Philadelphia, PA 19106
                                                       215-500-5000 (phone)
                                                       267-885-2377 (fax)
                                                       Attorney for Debtor