# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kimberly A Williams<br><br>Debtor. | Case No.: 18-15323<br>Chapter 13 |

## ORDER

And now, this __9th__ day of __October__, 2019, upon the Motion for Debtor to Withdrawal, of Kimberly A. Williams (Movant) it is ORDERED that:

1. ~~The debtor Kimberly A Williams has been withdrawn.~~ This bankruptcy case is closed.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

DATED: 10/9/19

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon