```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 18-15323-jkf
Kimberly A Williams                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP             Page 1 of 2          Date Rcvd: Oct 09, 2019
                              Form ID: pdf900         Total Noticed: 21
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db            +Kimberly A Williams,    13 Robin Hood Drive,    Levittown, PA 19054-2627
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             WELLS FARGO BANK, N.A.,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
14210345      +ACE CASH EXPRESS,    WILLIAMSON AND BROWN,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
14179750      +Aes/wllsfrgo,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14179751      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14179752      +Conduent/us Bk Natl Brazos,    Po Box 7051,    Utica, NY 13504-7051
14179753      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14206946       HSBC Bank USA, National Association et. al.,    Wells Fargo Bank, N.A.,
                Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
14179755       Phelan, Hallinan, Diamond and Jones LLP,    1617 JFK Blvd Suite 1400,    One Penn Center Plaza,
                Philadelphia, PA 19103
14331936      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
14276523      +Specialized Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, Esq.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14179756      +Think Cash First Bk of Delaware,    Attn: Customer Support,    Po Box 37727,
                Philadelphia, PA 19101
14262103       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
14179757     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,      8480 Stagecoach Cir,
                Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:19:45
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 10 2019 03:19:59      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:28:08      Orion (Verizon),
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14179754      +E-mail/Text: Bankruptcies@nragroup.com Oct 10 2019 03:20:12      National Recovery Agency,
                Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
14180339      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:28:46
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14186152      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 10 2019 10:37:27      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14213938*     +Chase Card Services,    Correspondence Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: PaulP              Page 2 of 2                  Date Rcvd: Oct 09, 2019
                               Form ID: pdf900          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
```
              GEORGE R. TADROSS    on behalf of Debtor Kimberly A Williams gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com;robin@tadrosslaw.com
              JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
               paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association As Trustee For
               Nomura Home Equity Loan Trust, Series 2006-WF1 Asset Backed Pass-Through Certificates
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
               ET. AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Kimberly A Williams

Debtor.

Case No.: 18-15323  
Chapter 13

## ORDER

And now, this __9th__ day of __October__, 2019, upon the Motion for Debtor to Withdrawal, of Kimberly A. Williams (Movant) it is ORDERED that:

1. ~~The debtor Kimberly A Williams has been withdrawn.~~ This bankruptcy case is closed.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

DATED: 10/9/19

_____  
UNITED STATES BANKRUPTCY JUDGE  
Jean K. FitzSimon