UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
    KIMBERLY A. WILLIAMS            : Bankruptcy No.  18-15323JKF
                                                :
    Debtor(s)                               : Chapter 13

## ORDER DISMISSING CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the Order Dismissing Case on the Motion to Voluntarily Dismiss filed by the Debtor is hereby VACATED;

IT IS FURTHER ORDERED that this case is Dismissed with Prejudice and the Debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court, FOR A PERIOD OF ONE YEAR.

**Date: October 21, 2019**

_____
Jean K. FitzSimon, B.J.